IN THE UNITED STATES DISTRICT COURT
DISTRICT OF SOUTH CAROLINA

| | |
|---|---|
| Michael Wayne Harrelson<br><br>　　　　　　　Plaintiff,<br><br>v.<br><br>Willie Richard King and KEK Trucking, Inc.,<br><br>　　　　　　　Defendants.<br>_____ | Civil Action No.: 9-24-CV-06408-BHH<br><br>**JOINT MOTION FOR EXTENSION** |

　　　The parties jointly move the court to amend the prior Conference and Scheduling Order in accordance with the proposed scheduling order attached hereto. The current deadlines are set forth in the Scheduling Order dated January 27, 2025. (ECF # 14).

| **WE SO MOVE:** | **WE SO MOVE:** |
|---|---|
| **MORGAN & MORGAN, P.A.** | **WALKER ALLEN LLP** |
| By: /s/Jonathan Graham | By: /s/*S. Wallace Carnwath, III* |
| Jonathan D. Graham | Jeffrey T. Ammons |
| State Bar No. 105763 | Federal Bar No.: 13092 |
| Federal Bar No. 13969 | S. Wallace Carnwath, III E-Mail: |
| jgraham@forthepeople.com | Federal Bar No.: 12444 |
| 4401 Belle Oaks Drive, Suite 300, | Post Office Box 1068 |
| North Charleston, SC 29405 | Mount Pleasant, SC  29465 |
| (843) 947-6063 | 854-529-0595 (phone) |
| *Counsel for Plaintiff* | 843-637-3463 (fax) |
| | jeff@walkerallenlaw.com |
| | wallace@walkerallenlaw.com |
| | ***Attorneys for the Defendants*** |