IN THE UNITED STATES DISTRICT COURT
DISTRICT OF SOUTH CAROLINA

| | |
|---|---|
| Michael Wayne Harrelson, <br><br>　　　　　　Plaintiff, <br><br>　　v. <br><br>Willie Richard King and KEK Trucking, Inc., <br><br>　　　　　　Defendants. | Civil Action No.: 9-24-CV-06408-BHH <br><br>**AMENDED CONFERENCE AND SCHEDULING ORDER** |

　　　　Pursuant to the Federal Rules of Civil Procedure and the Local Civil Rules of this Court, the following schedule is established for this case.

1. Motions to join other parties and amend the pleadings (Fed.R.Civ.P.16(b)(3)(A)) shall be filed no later than **January 30, 2026**.[1]

2. Plaintiff(s) shall file and serve a document identifying by full name, address, and telephone number each person whom Plaintiff(s) expects to call as an expert at trial and certifying that a written report prepared and signed by the expert including all information required by Fed. R. Civ. P. 26(a)(2)(B) has been disclosed to other parties by **March 27, 2026**.

3. Defendant(s) shall file and serve a document identifying by full name, address, and telephone number each person whom Defendant(s) expects to call as an expert at trial and certifying that a written report prepared and signed by the expert including all information required by Fed. R. Civ. P. 26(a)(2)(B) has been disclosed to other parties by **May 8, 2026**.

4. Discovery shall be completed no later than **July 10, 2026**. All discovery requests shall be served in time for the responses thereto to be served by this date. De bene esse depositions must be completed by discovery deadline. **No motions relating to discovery shall be filed until counsel have consulted and attempted to resolve the matter as required by Local Civil Rule 7.02 and have had a telephone conference with Judge Hendricks in an attempt to resolve the matter informally. The request for a telephone conference should be made within the time limit prescribed by local rule for filing such motion.**

5. Mediation shall be completed in this case on or before **August 1, 2026.** See the Mediation Order filed in this case which sets forth mediation requirements.

---

[1] As a general rule, when no timely response is filed to any motion, the Court will grant the motion with the notation that it is being "granted *without opposition*."

6. All other motions, except those to complete discovery, those nonwaivable motions made pursuant to Fed.R.Civ.P. 12, and those relating to the admissibility of evidence at trial, shall be filed on or before **August 14, 2026**. (Fed.R.Civ.P.16(b)(3)(A)).

7. This case is subject to being called for jury selection and/or trial the later of 60 days after dispositive motions have been resolved or **October 12, 2026**. Once a specific jury selection and trial date are scheduled, a Notice will be issued at that time. The Notice will set forth deadlines for the Fed. R. Civ. P. 26(a)(3) pretrial disclosures and objections, Motions in Limine, Pretrial Briefs, and marking of exhibits.

    s/Bruce Howe Hendricks
Bruce Howe Hendricks
United States District Judge

October 29th, 2025
Charleston, South Carolina