IN THE UNITED STATES DISTRICT COURT
DISTRICT OF SOUTH CAROLINA

| | | |
|---|---|---|
| Michael Wayne Harrelson<br><br>Plaintiff,<br><br>v.<br><br>Willie Richard King and KEK Trucking, Inc.,<br><br>Defendants. | )<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) | Civil Action No.: 9-24-CV-06408-BHH<br><br>**SECOND JOINT MOTION FOR EXTENSION** |

The parties jointly move the court to amend the prior Conference and Scheduling Order in accordance with the proposed scheduling order attached hereto. The current deadlines are set forth in the Second Amended Scheduling Order dated October 29, 2025. (ECF # 17). As grounds for this Motion, the parties assert that Defendants' counsel had a personal family loss recently, during which time his attention was required elsewhere. The parties informally agreed to submit this request for a new scheduling order upon Defendants' counsel's return to practice.

**WE SO MOVE AND CONSENT:**

**MORGAN & MORGAN, P.A.**
By: /s/Jonathan Graham
Jonathan D. Graham
State Bar No. 105763
Federal Bar No. 13969
E-Mail: jgraham@forthepeople.com
4401 Belle Oaks Drive, Suite 300,
North Charleston, SC 29405
(843) 947-6063
*Counsel for Plaintiff*

**WE SO MOVE AND CONSENT:**

**WALKER ALLEN LLP**
By: /s/*S. Wallace Carnwath, III*
Jeffrey T. Ammons
Federal Bar No.: 13092
S. Wallace Carnwath, III
Federal Bar No.: 12444
Post Office Box 1068
Mount Pleasant, SC 29465
854-529-0595 (phone)
843-637-3463 (fax)
jeff@walkerallenlaw.com
wallace@walkerallenlaw.com
***Attorneys for the Defendants***