IN THE UNITED STATES DISTRICT COURT
DISTRICT OF SOUTH CAROLINA

| | | |
|---|---|---|
| Michael Wayne Harrelson<br><br>Plaintiff,<br><br>v.<br><br>Willie Richard King and KEK Trucking, Inc.,<br><br>Defendants. | ) ) ) ) ) ) ) ) ) | Civil Action No.: 9-24-CV-06408-BHH<br><br>**THIRD JOINT MOTION FOR EXTENSION** |

The parties jointly move the court to amend the prior Conference and Scheduling Order in accordance with the proposed scheduling order attached hereto. The current deadlines are set forth in the Third Amended Scheduling Order dated September 14, 2026. (ECF # 20). As grounds for this Motion, the parties assert that Plaintiff's retained accident reconstruction expert was unexpectedly called up for trial and his report will be delayed. The parties seek to move the date of Plaintiff's expert disclosures to October 30, 2026, Defendants' expert disclosures to January 15, 2027, and the close of discovery to March 12, 2027, leaving all other deadlines the same.

**WE SO MOVE AND CONSENT:**

**MORGAN & MORGAN, P.A.**
By: /s/Jonathan Graham
Jonathan D. Graham
State Bar No. 105763
Federal Bar No. 13969
4401 Belle Oaks Drive, Suite 300,
North Charleston, SC 29405
(843) 947-6063
E-Mail: jgraham@forthepeople.com
***Attorney for Plaintiff***

**WE SO MOVE AND CONSENT:**

**WALKER ALLEN LLP**
By: /s/*S. Wallace Carnwath, III*
Jeffrey T. Ammons
Federal Bar No.: 13092
S. Wallace Carnwath, III
Federal Bar No.: 12444
Post Office Box 1068
Mount Pleasant, SC 29465
854-529-0595 (phone)
843-637-3463 (fax)
jeff@walkerallenlaw.com
wallace@walkerallenlaw.com
***Attorneys for the Defendants***