IN THE UNITED STATES DISTRICT COURT
DISTRICT OF SOUTH CAROLINA

| | | |
|---|---|---|
| Michael Wayne Harrelson<br><br>Plaintiff,<br><br>v.<br><br>Willie Richard King and KEK Trucking, Inc.,<br><br>Defendants. | )<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) | Civil Action No.: 9-24-CV-06408-BHH<br><br>**PLAINTIFF'S SUPPLEMENTAL RULE 26(A)(2) EXPERT DISCLOSURES** |

Plaintiff Michael Harrelson submits his expert disclosure as required by Federal Rule of Civil Procedure 26(a)(2) and this Court's Case Management and Scheduling Order. Plaintiff designates the following retained expert witness who is expected to be called to offer opinions and testify at trial:

**1. Dr. Christopher R. Sellars, DO, CLCP**
c/o Physician Life Care Planning
12707 Silicon Drive, Suite 150
San Antonio, TX 78249

Plaintiff has retained Dr. Christopher Sellars to prepare a life care plan projecting Plaintiff's future medical needs and medical costs resulting from the injuries caused by Defendants' negligence. Dr. Sellars has offered opinions within a reasonable degree of medical probability regarding the Plaintiff's future medical needs and that the reasonable costs of the same will be at least $412,926.72, as documented in his report. Reports from this expert, as well as the documentation required by Fed. R. Civ. P. 26(a)(2)(B), were provided to Defendants' counsel on March 27, 2026.

**2. Michael A. Sutton, MSME, PE**
c/o Impact Forensics
PO Box # 1030,
Apex, NC 27502

Plaintiff has retained Michael Sutton to offer crash reconstruction opinions regarding how the crash happened. Mr. Sutton has offered opinions within a reasonable degree of engineering probability regarding the events surrounding the crash, as documented in his report. Reports from

this expert, as well as the documentation required by Fed. R. Civ. P. 26(a)(2)(B), were provided to Defendants' counsel on November 2, 2026.

**MORGAN & MORGAN, P.A.**
By: /s/Jonathan Graham
Jonathan D. Graham
State Bar No. 105763
Federal Bar No. 13969
E-Mail: jgraham@forthepeople.com
4401 Belle Oaks Drive, Suite 300,
North Charleston, SC 29405
(843) 947-6063
*Counsel for Plaintiff*

Charleston, SC

November 2, 2026.